**FILED**
**DEC 2 4 2008**
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. W08-883M |
| ) | |
| Plaintiff, ) | |
| ) | **INFORMATION** |
| v. ) | [Count One: 18 U.S.C. §§ 7(3), 13 and |
| ) | 641 - Theft of Government Property] |
| ZACHARY A. STIDHAM ) | |
| Defendant, ) | |

THE UNITED STATES ATTORNEY CHARGES:

<u>COUNT ONE</u>
[18 U.S.C. §§ 7(3), 13 and 641]

On or about October 16, 2008, at the Fort Hood Military Reservation, Western District of Texas, a place within the special maritime and territorial jurisdiction of the United States, the Defendant

ZACHARY A. STIDHAM

did willfully embezzle, steal, purloin, or knowingly convert to his own use or the use of another property of the United States, to wit: a Dell Latitude D830 laptop computer bearing Service Tag number 4GJF9F1, in violation of Title 18, United States Code, Sections 7(3), 13 and 641.

JOHNNY SUTTON
United States Attorney

By: _____
TIMOTHY J. MINTER
Special Assistant U. S. Attorney

UNSEALED

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

DATE: DECEMBER 1, 2008      MPR #: 08592-08      CASE NO.
COUNTY: BELL
JUDGE: JEFFREY MANSKE
S.A.U.S.A.: TIMOTHY J. MINTER

DEFENDANT:

ZACHARY ALLEN STIDHAM

OFFENSE & MAXIMUM PUNISHMENT:

Count One: 18 U.S.C. §§7(3), 13 and 641 – Theft of Government Property - 1 year confinement, $100,000 fine, 1 year TSR, $25 SA.